**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Alfonso Made<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0669<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–16246–SLM | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Alfonso Made

12/18/20

**By the court:** Stacey L. Meisel
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-16246-SLM |
| Alfonso Made | Chapter 13 |
| Debtor(s) | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 18, 2020 | Form ID: 3180W | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alfonso Made, 131 Lake Street, Englewood, NJ 07631-4923 |
| cr | + | FEDERAL HOME LOAN MORTGAGE CORPORATION AS TRUSTEE, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518633853 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518633854 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, Federal Home Loan Mortgage Corporation, 84119-3284 |
| 516096334 | + | Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road, Mount Laurel, NJ 08054-3437 |
| 516326563 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516096339 | + | United Collection Bureau, Inc, Attn: Chase Bank USA, N.A., 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501 |
| 516096340 | + | United Collection Bureau, Inc., Attn: Chase Bank, N.A., 5620 Southwyck Bld, Suite 206, Toledo, OH 43614-1501 |
| 516096341 | + | United Recover Systems, Inc., POB 4043, Concord, CA 94524-4043 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 18 2020 21:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 18 2020 21:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516096326 | + | EDI: AMEREXPR.COM | Dec 19 2020 02:08:00 | American Express, POB 1270, Newark, NJ 07101-1270 |
| 516272465 | | EDI: BECKLEE.COM | Dec 19 2020 02:08:00 | American Express Bank FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516096328 | + | EDI: CITICORP.COM | Dec 19 2020 02:08:00 | CBNA, POB 6283, Sioux Falls, SD 57117-6283 |
| 516096327 | + | Email/Text: cms-bk@cms-collect.com | Dec 18 2020 21:52:00 | Capital Management Services, LP, Attn: Barclays Bank Delaware, 698 1/2 Ogden Street, Buffalo, NY 14206-2317 |
| 516096330 | + | Email/Text: bknotice@ercbpo.com | Dec 18 2020 21:53:00 | ERC, Attn: Barclays Bank Delaware, POB 23870, Jacksonville, FL 32241-3870 |
| 516096331 | + | EDI: CITICORP.COM | Dec 19 2020 02:08:00 | Home Depot Credit Services, POB 9001010, Louisville, KY 40290-1010 |
| 516096332 | | EDI: JPMORGANCHASE | Dec 19 2020 02:08:00 | JPMorgan Chase Bank, N.A., 3415 Vision Drive, Columbus, OH 43219 |
| 516323301 | | EDI: JPMORGANCHASE | Dec 19 2020 02:08:00 | JPMorgan Chase Bank, N.A., National Payment Services, Mail Code OH4-7164, PO Box 24785, Columbus, OH 43224-0785 |
| 516096329 | | EDI: JPMORGANCHASE | Dec 19 2020 02:08:00 | Chase Mortgage, POB 24696, Columbus, OH 43224 |
| 516096333 | + | EDI: LTDFINANCIAL.COM | Dec 19 2020 02:08:00 | LTD Financial Services, LLP, Attn: The Home |

Case 16-16246-SLM    Doc 92    Filed 12/20/20    Entered 12/21/20 00:19:16    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2020 | Form ID: 3180W | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | | Depot, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 516191680 | + | EDI: MID8.COM | | |
| | | | Dec 19 2020 02:08:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516096336 | | EDI: PRA.COM | | |
| | | | Dec 19 2020 02:08:00 | Portfolio Recovery Associates, LLC, Attn: Citibank, N.A., POB 12914, Norfolk, VA 23541 |
| 516328271 | | EDI: PRA.COM | | |
| | | | Dec 19 2020 02:08:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516328731 | | EDI: PRA.COM | | |
| | | | Dec 19 2020 02:08:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 516329151 | | EDI: PRA.COM | | |
| | | | Dec 19 2020 02:08:00 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 516327789 | | EDI: PRA.COM | | |
| | | | Dec 19 2020 02:08:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 516327833 | | EDI: PRA.COM | | |
| | | | Dec 19 2020 02:08:00 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 516096335 | + | EDI: PRA.COM | | |
| | | | Dec 19 2020 02:08:00 | Portfoliio Recovery Associates, LLC, Attn: SYNCB/PC Richard, POB 12914, Norfolk, VA 23541-0914 |
| 516096337 | + | EDI: RMSC.COM | | |
| | | | Dec 19 2020 02:08:00 | Syncb/Tjx Cos DC, POB 965005, Orlando, FL 32896-5005 |
| 516096338 | | EDI: TFSR.COM | | |
| | | | Dec 19 2020 02:08:00 | Toyota Motor Credit Corp, 4 Gatehall Drive, Suite 350, Parsippany, NJ 07054 |
| 516096342 | + | EDI: URSI.COM | | |
| | | | Dec 19 2020 02:08:00 | United Recovery Systems, Attn: Best Buy Private Label, POB 722929, Houston, TX 77272-2929 |
| 516096343 | + | Email/Text: edinkel@vikingservice.com | | |
| | | | Dec 18 2020 21:54:00 | Viking Client Services, Attn: Citibank, N.A., 7500 Office Ridge Cir#100, Eden Prairie, MN 55344-3783 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2020         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 18, 2020 | Form ID: 3180W | Total Noticed: 33 |

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bankruptcy@fskslaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ronald I. LeVine | on behalf of Debtor Alfonso Made ronlevinelawfirm@gmail.com  irr72645@notify.bestcase.com |
| Tammy L. Terrell | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bankruptcy@fskslaw.com |

TOTAL: 5